ACCEPTED
01-14-00703
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/2/2015 12:39:00 PM
CHRISTOPHER PRINE
CLERK

No. 01–14–00703–CV

_____

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/2/2015 12:39:00 PM

CHRISTOPHER A. PRINE
Clerk

_____

CHRISTOPH HENKEL,
Appellant,


v.


EMJO INVESTMENTS, LTD. and H.J. VON DER GOLTZ,
Appellees.

_____


On Appeal from the 215th District Court of Harris County, Texas,
Hon. Elaine H. Palmer, presiding
Trial Court Cause No. 2011–44058

_____

**NOTICE OF APPEARANCE**

_____



QUINN EMANUEL URQUHART & SULLIVAN, LLP

Charles Eskridge
Texas Bar No. 06666350
charleseskridge@quinnemanuel.com
Emily Smith
Texas Bar No. 24083876
emilysmith@quinnemanuel.com
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: 713.221.7000
Facsimile: 713.221.7100

Appellant Christoph Henkel files this Notice of Appearance in accordance with TEX. R. APP. P. 6.1 and hereby notifies the Court and all parties of record that the following attorneys are appearing for Appellant in the above-referenced matter and should be added to any electronic notices:

Charles Eskridge
Texas Bar No. 06666350
charleseskridge@quinnemanuel.com

Emily Smith
Texas Bar No. 20483876
emilysmith@quinnemanuel.com

Charles Eskridge shall be designated as lead counsel for Appellant.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  /s/ Charles Eskridge
Charles Eskridge
Texas Bar No. 06666350
Emily Smith
Texas Bar No. 20483876
711 Louisiana Street, Suite 500
Houston, Texas 77002
(713) 221–7000
(713) 221–7200 Fax

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**

By:  /s/ Jane Langdell Robinson
     Jane Langdell Robinson
     Texas Bar No. 24062970
     Jamie Aycock
     Texas Bar No. 24050241
     1221 McKinney Street, Suite 3460
     Houston, Texas 77010
     (713) 655–1101
     (713) 655–0062 Fax

**ATTORNEYS FOR APPELLANT CHRISTOPH HENKEL**

3

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on October 2, 2015, by the electronic filing manager and/or by facsimile:

F. Eric Fryar, Texas Bar No. 07495770
eric@fryarlawfirm.com
Matthew Buschi, Texas Bar No. 24064982
mbuschi@fryarlawfirm.com
Christina Richardson, Texas Bar No. 24070495
crichardson@fryarlawfirm.com
FRYAR LAW FIRM, P.C.
1001 Texas Avenue, 14th Floor
Houston, Texas 77002
Telephone: 281.715.6396
Facsimile: 281.715.6397

**ATTORNEYS FOR ALL
INTERVENORS/PLAINTIFFS**

Kelley M. Keller, Texas Bar No. 11198240
kkeller@ellison-keller.com
Tracey N. Ellison, Texas Bar No. 15054720
tellison@ellison-keller.com
ELLISON KELLER
5120 Woodway Drive, Suite 6019
Houston, Texas 77056
Telephone: 713.266.820
Facsimile: 713.266.8201

**ATTORNEYS FOR APPELLEES
EMJO INVESTMENTS, LTD. AND
H.J. VON DER GOLTZ**

/s/ Charles Eskridge
Charles Eskridge

4